David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
LATOYA WATT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LATOYA WATT, <br><br> Plaintiff, <br><br> v. <br><br> PROG LEASING, LLC D/B/A PROGRESSIVE LEASING, <br><br> Defendant. | **Case No. 2:16-cv-02061-RFB-CWH** <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), PROG LEASING, LLC D/B/A PROGRESSIVE LEASING, the Defendant, not having filed or served answers or motions for summary judgment; the Plaintiff in the above-entitled action, as to PROG LEASING, LLC D/B/A PROGRESSIVE LEASING requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal without prejudice.

Dated:        January 17, 2017

Respectfully submitted,

By:   /s/David H. Krieger, Esq.
       David H. Krieger, Esq. (Nevada Bar No. 9086)
       HAINES & KRIEGER, LLC
       8985 S. Eastern Avenue, Suite 350
       Henderson, Nevada 89123
       *Attorney for Plaintiff*